894 F.2d 1337
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
BYRON SHUMAN Plaintiff-Appellant
v.
RICHARD CELESTE, Governor, State of Ohio; RAYMOND R.
GALLOWAY, Adjunant General, State of Ohio, individual &
official capacity; HERBERT TEMPLE, Major General, Chief,
National Guard Bureau; BORIS EVANOFF, Colonel, Ohio Air
National Guard, Individual & Official Capacity; EDWARD
KOPP, Lt. Colonel, Ohio Air National Guard, Individual &
Official Capacity; STEVEN DRAKE, Major, Ohio Air National
Guard, Individual & Official Capacity; PAUL MULLIN, Ohio
Air National Guard, Individual & Official Capacity; DON A.
MATHIS, Major, Ohio Air National Guard, Individual &
Official Capacity; RICHARD A. MARKLEY, Colonel, Ohio Air
National Guard, Individual & Official Capacity; ROBERT
PRESTON, Brigadier General, Ohio Air National Guard,
Individual & Official Capacity Defendants-Appellees.
 No. 89-3429.
 United States Court of Appeals, Sixth Circuit.
 Jan. 29, 1990.
 
 N.D.Ohio
 AFFIRMED.
 BEFORE: MARTIN and RYAN, Circuit Judges; and PECK, Senior Circuit Judge.
 
 
 1
 This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,
 
 
 2
 It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.